IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-01800-PSF-BNB

CLINTON TEAGUE,

      Plaintiff,

v.

J. JOHNSON;
R. HOOD;
D. DUNCAN;
J. BURRELL;
C. CHESTER;
L. SMITH;
T. GOMEZ; and,
M. COLLINS,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

      THIS MATTER is before the Court on plaintiff's Motion for Voluntary Dismissal (Dkt. # 60).  It is hereby ORDERED that the motion is GRANTED and this case be DISMISSED pursuant to F.R.Civ.P. 41(a)(2).

DATED:  August 31, 2005